[No. 34678-8-II. Division Two. February 24, 2009.]

THE STATE OF WASHINGTON, *Appellant*, v. CHRIS ANTHONY
LINDHOLM, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 05-1-03828-6, John R. Hickman, J., entered
April 14, 2006. *Remanded* by unpublished opinion per
Houghton, J., concurred in by Van Deren, C.J., and
Penoyar, J.

[No. 35962-6-II. Division Two. February 24, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. ADRIAN
CONTRERAS-REBOLLAR, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 06-1-01643-4, Ronald E. Culpepper, J., entered
February 16, 2007. *Affirmed in part* and *remanded* by
unpublished opinion per Penoyar, A.C.J., concurred in by
Armstrong and Quinn-Brintnall, JJ.

[No. 36398-4-II. Division Two. February 24, 2009.]

*In the Matter of the Personal Restraint of* JERRY LEE
BROCK, *Petitioner*.

Petition for relief from personal restraint. *Denied* by
unpublished opinion per Penoyar, J., concurred in by Van
Deren, C.J., and Quinn-Brintnall, J.